**Order entered January 18, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01276-CV

### SID JOHNSON, Appellant

### V.

### JANE DOE, Appellee

### On Appeal from the County Court at Law No 2
### Travis County, Texas
### Trial Court Cause No. C-1-CV-18-000015

## ORDER

Both the clerk's record and the reporter's record in this case are overdue. By postcard dated October 30, 2018, we notified the Travis County Clerk that the clerk's record was overdue and directed the County Clerk to file the record within thirty days. By order dated December 18, 2018, we again notified the County Clerk the clerk's record was overdue, and ordered Dana Debeauvoir, the Travis County Clerk to file either (1) the clerk's record or (2) written verification that appellant has not paid for or made arrangements to pay for the clerk's record and that appellant has not been found entitled to proceed without payment of costs within thirty days. To date, Ms. Debeauvoir has failed to comply with the Court's order.

Also by postcard dated October 30, 2018, we notified Amanda Anderson, Official Court Reporter for County Court at Law No. 2, that the reporter's record was overdue and directed her

to file the reporter's record within thirty days.  By order dated December 18, 2018, we again notified Ms. Anderson the reporter's record was overdue and ordered her to file either (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not paid for or made arrangements to pay for the reporter's record and that appellant has not been found entitled to proceed without payment of costs.  On December 21, 2018, Ms. Anderson informed the Court appellant had not requested nor paid for the reporter's record.  The Court notified appellant, and in response, appellant provided the Court with copies of an email request for the reporter's record and a file-stamped statement of inability to pay court costs.

So that this appeal can proceed, we again **ORDER** the Travis County Clerk to file; either (1) the clerk's record; or (2) verification that appellant has been found not to be entitled to proceed without payment of costs.  *We notify appellant that if we receive verification he has not paid for or made arrangements to pay for the clerk's record and found not entitled to proceed without payment of costs, we will, without further notice, dismiss the appeal.  See* TEX. R. APP. P. 37.3(b). If the clerk's record or required verification is not filed by the date specified, we will utilize the remedies available to us to assure compliance with the Court's order.

We likewise again **ORDER** Court Reporter Ms. Anderson, to file either (1) the reporter's record; or (2) verification appellant has been found not entitled to proceed without payment of costs within **TEN DAYS** of the date of this order.  *We notify appellant that if we receive verification no hearings were recorded or that he has not paid for or made arrangements to pay for the reporter's record and has been found not entitled to proceed without payment of costs, we will order the appeal submitted without the reporter's record.  See* TEX. R. APP. P. 37.3(c).  If the

reporter's record or required verification is not filed by the date specified, we will utilize the remedies available to use to assure compliance with the Court's order.

We **DIRECT** the Clerk of the Court to send a copy of this order to the following persons:

Honorable Eric Shepperd
Presiding Judge
Travis County Court at Law No. 2

Dana Debeauvoir
Travis County Clerk

Ms. Amanda Anderson
Official Court Reporter
Travis County Court at Law No. 2


/s/     ROBERT D. BURNS, III
CHIEF JUSTICE